# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ERVIN J. THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CV1987 JCH |
| KYLE WEBB, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to file an amended complaint. Plaintiff did not submit a proposed amended complaint with the motion.

"[I]n order to preserve the right to amend the complaint, a party must submit the proposed amendment along with its motion." Clayton v. White Hall School Dist., 778 F.2d 457, 460 (8th Cir. 1985). As a result, the Court will deny the motion without prejudice to refiling with a proposed amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint [ECF No. 7] is **DENIED without prejudice**.

Dated this  6th  Day of January, 2015.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE