# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ERVIN J. THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CV1987 JCH |
| KYLE WEBB, et al., | ) ) ) |
| Defendants, | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court for review of plaintiff's amended complaint under 28 U.S.C. § 1915(e). The amended complaint states a plausible claim for relief against all the named defendants. As a result, the Court will direct the Clerk to reinstate this action as to defendants Kyle Webb and Randall Owens.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall reinstate this action as to defendants Kyle Webb and Randall Owens.

**IT IS FURTHER ORDERED** that the Clerk shall cause process to issue as to Webb and Owens.

Dated this 5th day of February, 2015.

\s\ Jean C. Hamilton
United States District Judge